# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 17-37-UNA |
| | ) |
| ERIC KAPPESSER, | ) |
| | ) |
| Defendant. | ) |

REDACTED

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

From in or around April 2016 to on or about October 20, 2016, in the District of Delaware and elsewhere, the defendant, ERIC KAPPESSER, did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is a Special Agent of the Federal Bureau of Investigation, when the defendant then and there knew he was not a Special Agent, and did falsely take upon himself to act as such, in violation of Title 18, United States Code, Section 912.

### COUNT TWO

From on or about September 26, 2016 to on or about September 30, 2016, in the District of Delaware and elsewhere, the defendant, ERIC KAPPESSER, did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is, a Special Agent of the Federal Bureau of Investigation, when the defendant then and there knew he was not a Special Agent, and in such assumed and pretended character did falsely demand and obtain a thing of value, in that he obtained firearm accessories on terms not available to the general public,

1

in violation of Title 18, United States Code, Section 912.

### COUNT THREE

On or about October 20, 2016, in the District of Delaware and elsewhere, the defendant, ERIC KAPPESSER, did knowingly possess a colorable imitation of a badge and insignia of the design prescribed by the head of an agency of the United States, to wit, the Federal Bureau of Investigation, for use by officers of that agency, without authority under regulations made pursuant to law, in violation of Title 18, United States Code, Section 701.

A TRUE BILL:

_____
Foreperson

DAVID C. WEISS
ACTING UNITED STATES ATTORNEY

BY: _____
Lesley F. Wolf
Assistant United States Attorney

Dated: April 25, 2017