PROB 12
(Rev. 1/97)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,         )
                                  )
   Plaintiff,                     )
                                  )
   vs.                            )   Criminal Action No. 1:17-CR-037 RGA
                                  )
   Eric Kappesser                 )
                                  
   Defendant



Petition for Action on Conditions of Pretrial Release

COMES NOW Stephen J. Carmichael PROBATION OFFICER OF THE COURT presenting an official report upon the conduct of defendant Eric Kappesser, who was placed under pretrial release supervision by the Honorable Mary Pat Thynge, sitting in the court in the District of Delaware on the 10th day of May, 2017 under the following conditions:

1) The defendant must not violate federal, state, or local law while on release;
2) The defendant must cooperate in the collection of a DNA sample if it is authorized;
3) The defendant shall must advise the court or the pretrial services office or supervising office or supervising officer in writing before making any change of residence or telephone number;
4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;
5) The defendant must sign an Appearance Bond, if ordered;
6) The defendant shall be placed in the custody of Randall Kappesser, who agrees to supervise the defendant and use every effort to ensure the defendants's appearance at all court proceedings, and notify U.S. Pre-trial services immediately if the defendant violates a condition of release or is no longer in the custodian's custody;
7) a) The defendant shall submit to supervision by, and report for supervision to the United States Pre-trial Services for the District of Maryland;  d) surrender any passport to pre-trial Services; e) not obtain a passport of international travel document; f) abide by restriction on personal associations residence or travel with travel restricted to the District of Maryland and the District of Delaware for Court appearances only; g) avoid contact with witnesses in this case, or their families; h) get medical or psychiatric treatment as directed by pre-trial services; l) do not use alcohol at all, m) not use or unlawfully posses a narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; n) submit to testing for prohibited substances if required by pre-trial services; r) report as soon as possible to pre-trial services every contact with law enforcement personnel, including arrests, questioning or traffic stops.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

<u>Standard Condition #7 (m):</u>   The defendant shall not use or unlawfully posses a narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner

**Evidence:** On May 17, 2017, *Eric SK* Kappesser admitted to the illegal use of controlled substances as defined in 21 U.S.C. § 802, and signed an admission form stating that he used cocaine and benzodiazepines, not prescribed by a licensed medical practitioner

**PRAYING THAT THE COURT WILL AMEND THE ORDER** dated May 17, 2017, issued for Eric Kappesser so that he can be brought before the Court to answer the subsequent charges of violating the conditions of his pre-trial release.

ORDER OF COURT

Considered and ordered this __24__ day of May, 2017

_____
Chief, U.S. Magistrate Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
Sr. U.S. Probation Officer

Place   Wilmington, Delaware

Date   May 23, 2017

(5/2014)

U.S. Probation & Pretrial Services Office
District of Maryland

## IN-HOUSE NIDT COLLECTION FORM

| Defendant/Offender: Eric Kappesser | | PACTS # 3588193 |
|---|---|---|
| Collector: A. Smith | Supervising USPO: A. Smith | |
| Urine Specimen Date: 5-17-17 | (Observed)   Unobserved | |

Test Result:

☐ Negative for amphetamines, benzodiazepines, cocaine, methamphetamines, opiates, oxycodone, PCP, and THC

☒ Positive for: Cocaine, Benzodiazepines

☐ Defendant has a valid prescription for noted substance(s); documentation attached
Send specimen to laboratory unless determined to be unnecessary.

☒ Positive for: Oxycodone

☒ Denied use of illegal substance(s); specimen sent to laboratory for confirmation

_____    5-17-17
Defendant / Offender Signature       Date

_____    5-17-17
Collector's Signature                Date

### ADMISSION OF ILLEGAL DRUG USE

I have been informed that the urine specimen I submitted today tested positive as indicated above. I acknowledge using Cocaine + Benzodiazepines on or about 5-16-17 - cocaine.
5-17-17 Benzodiazepines (Librium)

_____    5-17-17
Defendant / Offender Signature       Date

_____    5-17-17
Collector's Signature                Date