

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*  *(302) 573-6277*
*1007 Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

February 21, 2018

<u>**VIA CM-ECF**</u>

Honorable Richard G. Andrews
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware 19801

    Re: <u>**United States v. Eric Kappesser**</u>
        <u>**Criminal Action. Number 17-37-RGA**</u>

Dear Judge Andrews:

    The government submits this brief letter in response to the sentencing memorandum filed by Defendant.

    While there may be little dispute about the ultimate sentence Defendant will receive here, the government writes to make note of what is conspicuously absent from Defendant's sentencing memorandum.  Defendant's memorandum does not contain any acknowledgement that the conduct at issue in this case posed a potential threat to public safety and that his actions were incredibly damaging to the young women he, in essence, defrauded for the better part of a year.  Eric Kappesser's complete lack of regard for others, rather than any addiction, brings him before this Court.  The apparent danger of impersonating a federal agent was compounded here by convincing others to unwittingly participate in his scheme and culminated in what was, in essence, the straw purchase of a firearm.  It was not simply a lie to get a small discount on gun accessories, but a sustained pattern of conduct set forth in the PSR and described by the government at the change of plea hearing.

At sentencing, the government will further address the sentencing factors set forth in Section 3553(a), reflecting the serious nature of the offense and other aspects of Defendant's personal history and characteristics.

          Respectfully Submitted,

          DAVID C. WEISS
          Acting United States Attorney

BY:   */s/ Lesley F. Wolf*
       Lesley F. Wolf
       Assistant United States Attorney